1 | Micha Danzig (SBN 177923)
mdanzig@mintz.com
2 | Nicole M. Rivers (SBN 309450)
nmrivers@mintz.com
3 | Mike C. Flesuras (SBN 321666)
mcflesuras@mintz.com
4 | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
3580 Carmel Mountain Road, Suite 300
5 | San Diego, CA 92130
Telephone: 858-314-1500
6 | Facsimile: 858-314-1501

7 | Attorneys for Plaintiff,
MIYOKO'S, PBC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIYOKO'S, PBC, a Delaware public benefit corporation, | Case No.: 3:23-cv-711 |
| Plaintiff, | **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| MIYOKO SCHINNER, an individual, and DOES 1 through 20, inclusive, | |
| Defendants. | |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Miyoko's, PBC (the "Company") states as follows:

The Company is a non-government public benefit corporation. There is no parent corporation to which the Company is a subsidiary, and there is no publicly-held corporation owning at least 10% of the Company's stock.

Dated:  February 16, 2023         Respectfully submitted,

                                  MINTZ LEVIN COHN FERRIS GLOVSKY
                                  AND POPEO P.C.


                                       */s/ Micha Danzig*
                                  By:  Micha Danzig
                                       Mike C. Flesuras
                                       Nicole M. Rivers

                                       Attorneys for Plaintiff
                                       MIYOKO'S, PBC