Micha Danzig (SBN 177923)
mdanzig@mintz.com
Nicole M. Rivers (SBN 309450)
nmrivers@mintz.com
Mike C. Flesuras (SBN 321666)
mcflesuras@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone:  858-314-1500
Facsimile:   858-314-1501

Attorneys for Plaintiff,
MIYOKO'S, PBC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIYOKO'S, PBC, a Delaware public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MIYOKO SCHINNER, an individual, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 3:23-cv-711<br><br>**PLAINTIFF'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that, pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: February 16, 2023

Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

*/s/ Micha Danzig*
By: Micha Danzig
Nicole M. Rivers
Mike C. Flesuras

Attorneys for Plaintiff
MIYOKO'S, PBC