1  Jennifer B. Rubin (SBN 296397)
   jbrubin@mintz.com
2  Nicole M. Rivers (SBN 309450)
   nmrivers@mintz.com
3  Mike C. Flesuras (SBN 321666)
   mcflesuras@mintz.com
4  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
   3580 Carmel Mountain Road, Suite 300
5  San Diego, CA 92130
   Telephone:  858-314-1500
6  Facsimile:   858-314-1501

7  Attorneys for Plaintiff
   MIYOKO'S, PBC

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  MIYOKO'S, PBC, a Delaware corporation,<br>13<br>14           Plaintiff,<br>15<br>     v.<br>16<br>17  MIYOKO SCHINNER, an individual.<br>18           Defendant.<br>19 _____<br>20  MIYOKO SCHINNER, an individual,<br>21<br>            Counter-Claimant,<br>22<br>23       v.<br>24  MIYOKO'S, PBC, a Delaware<br>25  Corporation; and DOES 1 – 10,<br>26          Counter-Defendants.<br>27 _____ | Case No.:  4:23-CV-00711-DMR<br><br>**STIPULATION AND ORDER (AS MODIFIED) CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Hon. Donna M. Ryu |

28

|   |   |
|---|---|
| 1 | Under Civil Local Rules 6-2 and 7-12, Plaintiff Miyoko's, PBC ("Plaintiff") and Defendant Miyoko Schinner ("Defendant") (collectively, the "Parties"), hereby submit this stipulated request to continue the Initial Case Management Conference as follows: |

Under Civil Local Rules 6-2 and 7-12, Plaintiff Miyoko's, PBC ("Plaintiff") and Defendant Miyoko Schinner ("Defendant") (collectively, the "Parties"), hereby submit this stipulated request to continue the Initial Case Management Conference as follows:

WHEREAS, under the Court's February 17, 2023 Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. #7), the Initial Case Management Conference is presently set for May 17, 2023;

WHEREAS, on April 24, 2023, the Parties commenced a private mediation with Mediator Phyllis W. Cheng, Esq of ADR Services, Inc.;

WHEREAS, the Parties have continued the mediation with the assistance of Phyllis Cheng;

WHEREAS, the requested extension will allow the Parties additional time to determine if the case can be resolved, and if not, to discuss a case schedule and the other matters required by Federal Rule of Civil Procedure 16, 26(f), and Local Rule 16.

WHEREAS, no previous time modifications have been made in this case.

The Parties accordingly STIPULATE AND AGREE through their respective counsel and REQUEST THAT THE COURT ORDER that good cause exists to continue the Initial Case Management Conference to May 31, 2023, or as soon thereafter as is convenient for the Court.

The Parties further STIPULATE AND AGREE that, subject to the Court's approval, all attendant deadlines under the Federal and Local Rules shall be similarly continued, as stated in the Court's Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. #7).

///
///
///

| | | |
|---|---|---|
| 1 | Dated: May 5, 2023 | Respectfully submitted, |
| 2 | | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C. |

By: /s/ Jennifer B. Rubin
Jennifer B. Rubin
Nicole M. Rivers
Mike C. Flesuras

Attorneys for Plaintiff
MIYOKO'S, PBC

Dated: May 5, 2023                The Bloom Firm

/s/ Lisa Bloom
Lisa Bloom
Alan Goldstein

Attorneys for Defendant
MIYOKO SCHINNER

**ORDER (AS MODIFIED)**

Upon presentation of the Parties' stipulation and good cause shown, the Initial Case Management Conference currently set for May 17, 2023 is vacated and continued to <u>June 7, 2023 at 1:30 p.m.</u> in Oakland, by Videoconference only. Parties shall file a joint case management conference statement by May 31, 2023. All counsel and parties may access the webinar information (public hearings) at https://cand.gov/judges/ryu-donna-m-dmr/.

IT IS SO ORDERED AS MODIFIED.

Dated: May 5, 2023



_____
HON. DONNA M. RYU
CHIEF MAGISTRATE JUDGE

**PROOF OF SERVICE**

I am employed in the County of San Diego; my business address is Mintz Levin Cohn Ferris Glovsky and Popeo PC, 3580 Carmel Mountain Road, Suite 300, San Diego, CA  92130.  I am over the age of 18 and not a party to the foregoing action.

On **May 5, 2023**, I served the following document(s) described as:

**DOCUMENT LIST**

on the interested parties in this action at the addresses listed below via the following method:

| | |
|---|---|
| Lisa Bloom<br>Alan Goldstein<br>Matthew Solomon<br>The Bloom Firm<br>26565 Agoura Road, Suite 200<br>Calabasas, CA 91302 | Counsel for Defendant/Counter-Claimant<br>MIYOKO SCHINNER<br><br>Tel: 818 914 7319<br>Fax: 866 884 8079<br><br>Email:  lisa@thebloomfirm.com<br>avi@thebloomfirm.com<br>matthew@thebloomfirm.com |

**[X]**   **BY ELECTRONIC TRANSMISSION VIA CM/ECF:**  I caused the document to be electronically delivered to the interested parties at the addresses listed above via the Court's CM/ECF System.

**[ ]**   **BY ELECTRONIC TRANSMISSION**:  I caused the said document(s) to be transmitted electronically, per stipulation of counsel and/or state or local rules, to the email addresses referenced above.

**[X]**   FEDERAL:  I declare that I am employed in the offices of a member of the bar of this court at whose direction this service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **May 5, 2023**, at San Diego, California.

*Terri L. Mayo*
_____
Terri L. Mayo

501750457v.2

PROOF OF SERVICE